IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio     DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Cause No. 2020CI24442; Pedro Salinas v. CAG Transport Corp. and Eddy Maidique; in the 37th Judicial District Court of Bexar County, Texas

2. Was jury demand made in State Court?     ☒ Yes     ☐ No

If yes, by which party and on what date?

CAG TRANSPORT CORP                         06/18/2021
Party Name                                 Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Pedro Salinas, Plaintiff, WYATT LAW FIRM, LTD, Paula A. Wyatt, Gavin McInnis, Louis Durbin, 21 Lynn Batts Lanes, Suite 10, San Antonio, Texas 78218, Tel: 210 340 5550, Fax: 210 340 5581

CAG Transport Corp and Eddy Maidique, Defendant, LANZA LAW FIRM, P.C., Nicholas J. Lanza, Robin Brzozowski, 300 E. Sonterra, Suite 1140, San Antonio, TX 78232, Tel 210-564-9100, Fax 210-899-3590

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None.

3.   List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.   List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

None

**VERIFICATION:**

*Rosie B. Bjopowski*
Attorney for Removing Parties

06/25/2021
Date

CAG Transport Corp. and Eddy Maidique
Party/Parties

(NOTE: Additional comment space is available on page 3)

[Reset all fields]   [Print Form]