IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PEDRO SALINAS, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | SA-21-CV-00608-XR |
| EDDY MAIDIQUE, CAG TRANSPORT CORP, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Defendants' Motion to Quash Plaintiffs' Notice of Intent to Take Deposition by Written Questions to Top Tracking System and Motion for Protective Order [#23]. The motion was referred to the undersigned for disposition on March 1, 2022, and the undersigned set a hearing for March 23, 2022 [#25]. On March 21, 2022, the parties filed a joint advisory [#28]. In their advisory the parties indicate that they have reached an agreement regarding the challenged notice of deposition. In light of the parties' resolution of the outstanding issues,

**IT IS HEREBY ORDERED** that Motion to Quash Plaintiffs' Notice of Intent to Take Deposition by Written Questions to Top Tracking System and Motion for Protective Order [#23] is **DISMISSED AS MOOT**.

**IT IS FINALLY ORDERED** that the hearing set for 1:00 p.m. on March 23, 2022, is **CANCELED**.

SIGNED this 22nd day of March, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1